3:18mj296EMT

## ATTACHMENT C

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Marcus K. Suarez, being duly sworn on oath, state as follows:

1. I am a United States Postal Inspector and have been so employed since May 2015. I completed a 12-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail. From August 2015 to February 2018, I was assigned to the Phoenix Division, specifically to the Prohibited Mailings Narcotics ("PMN") Team in Arizona, which is responsible for investigating narcotics violations involving the U.S. Mail. My responsibilities included the detection and prevention of the transportation of controlled substances through the U.S. Mail. Part of my training as a Postal Inspector included narcotics-investigative techniques, chemical field-testing, and training in the identification and detection of controlled substances being transported in the U.S. Mail. I am currently assigned to the Miami Division, working out of the Pensacola Domicile in Pensacola, Florida. I am assigned to a multi-functional team where my responsibilities include, but are not limited to, PMN and mail theft.

2. In my position, I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a

1

Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this Affidavit are based upon my training and experience, and that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) Priority Mail Parcel (hereafter, referred to as the "**SUBJECT PARCEL**"). The **SUBJECT PARCEL** is further described as follows: one USPS Priority Mail Parcel bearing USPS tracking number 9505 5161 9407 8290 2624 81, addressed to "Alicia Johnson, 821 Calhoun Ave, Pensacola, FL 32507" with a return address of "Mike Jones, 760 Nees Ave, Fresno, CA 93727." The parcel is a brown cardboard box, measuring approximately 21.5" X 15" x 12" weighing approximately 14 pounds 15 ounce, postmarked October 17, 2018, and bearing $64.85 in postage.[1]

## BACKGROUND

4. I am aware the USPS Priority Mail service was created as a less expensive choice than Priority Express Mail (overnight) delivery, but designed to provide quicker more reliable service than First Class Mail. When a customer mails an article via Priority Mail, the USPS provides two to three day delivery

---

[1] **SUBJECT PARCEL** #1 is also described in Attachment A.

2

service. The USPS also offers free tracking service. This tracking service allows for tracking of an article, similar to that of Priority Express Mail service.

5. Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business-related. It is your affiant's understanding that businesses have found that it is a much less expensive method of mailing than Express Mail, particularly when next day service is not a requirement. I also know that, similar to Priority Express Mail, Priority Mail business mailings tend to be smaller, lighter mailings, with an average weight of less than two pounds. Examples of the types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals and video/compact discs.

6. Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances or the proceeds from the sale of controlled substances, I know these types of mailings usually bear the following characteristics:

    a. The parcels often are heavier than the typical Priority Mail mailings, often weighing more than two pounds.

    b. Priority parcels seized and found to contain controlled substances often involve some form of tracking service.

    c.    These Priority Mail parcels, unlike typical business mailings, do not bear any advertising on the mailing container/box and are usually addressed from one individual to another.

Priority Mail parcels found to bear the characteristics described above are routinely scrutinized by Postal Inspectors.

7.    Based on my training and experience, I know that drug traffickers will often use fictitious names or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement. Address verifications are conducted and the return addresses listed on the Priority Mail parcels are often either fictitious, incomplete, or do not exist. In addition to address verifications, the articles are also subject to trained narcotic-detecting canine examination.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

8.    On October 19, 2018, Postal Inspectors were notified of a suspicious parcel by employees of the Warrington Post Office located at 901 S Old Corry Field Rd, Pensacola, FL 32507. On October 21, 2018, I took custody of the **SUBJECT PARCEL** from Warrington Post Office.

9.    Upon receipt of the **SUBJECT PARCEL**, a physical examination of the **SUBJECT PARCEL** was conducted. The physical examination revealed the **SUBJECT PARCEL** contained some of the characteristics listed above including:

bearing a handwritten label, the absence of a business account number and with a weight of more than two pounds.

10.     A database query was conducted regarding the names and addresses for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting ("CLEAR"), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records. Through the CLEAR database query, investigators learned that the delivery address for the **SUBJECT PARCEL** was an existing, deliverable address, but that "Alicia Johnson" was not associated with the address "821 Calhoun Ave, Pensacola, FL 32505." The return address for the **SUBJECT PARCEL** was not an existing, deliverable address.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

11.     On October 26, 2018, Postal Inspectors met with Escambia County Sherriff's Officer Joseph Marcum and his canine "Benga" at the United States Postal Inspection Service Pensacola Domicile to examine the **SUBJECT PARCEL**. At approximately 2:06 PM, Benga gave a positive alert to the **SUBJECT PARCEL** by focusing and sitting at the **SUBJECT PARCEL**.

12.     Officer Marcum described this as a "passive" alert Benga has been trained to give. According to Officer Marcum, Benga is trained to detect the odors

of narcotics or controlled substances, which could be contained therein. According to Officer Marcum, Benga was certified in fall 2014, by the Escambia County Sherriff's Office, and was most recently recertified in November 2017, by the United States Police Canine Association. Officer Marcum advised that in addition to the training and certification, he has used Benga to detect controlled substances during the course of investigations and has found Benga to be reliable.

## CONCLUSION

13. Based on these facts, your affiant submits there is probable cause to believe that the **SUBJECT PARCEL**, more specifically described in Attachment A, contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of the United States Code which includes, but is not limited to the following: Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

MARCUS K. SUAREZ
United States Postal Service
Postal Inspector

Subscribed and sworn to before me, this \_\_6th\_\_ day of November 2018, at Pensacola, Florida.

_____
ELIZABETH M. TIMOTHY
Chief United States Magistrate Judge
Northern District of Florida